IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY MOHRBACHER SOLUTIONS, )<br>INC., f/s/o and NANCY MOHRBACHER, )<br>)<br>Plaintiffs, )<br>)<br>-vs- )<br>)<br>SUNNY GAULT, an individual, )<br>d/b/a NEW MOMMY MEDIA )<br>and DOE I through DOE III, )<br>)<br>Defendants. ) | JURY DEMANDED<br><br>No. 16-cv-06261<br><br>JUDGE ANDREA R. WOOD<br><br>MAG. JUDGE J. GILBERT |

## NOTICE OF VOLUNTARY DISMISSAL OF LAWSUIT

TO:  See service certificate attached.

Pursuant to Rule of Federal Civil Procedure 41(a)(1)(A)(i), the Plaintiffs, NANCY MOHRBACHER SOLUTIONS, INC., and, NANCY MOHRBACHER, by their duly authorized undersigned attorney, state as follows:

(1) This action was filed on Thursday, June 16, 2016, and as of the filing of this Notice no opposing party has filed or served an answer or a motion for summary judgment;

(2) Plaintiffs hereby voluntarily dismiss the above styled action in its entirety, without prejudice, and without costs.

DATED: July 7, 2016

NANCY MOHRBACHER SOLUTIONS, INC.,
And, NANCY MOHRBACHER, Plaintiffs:

By _____
Their Attorney

Acknowledged:

_____
Nancy Mohrbacher, individually, and
For, Nancy Mohrbacher Solutions, Inc.

Mark H. Barinholtz, Esq.
MARK H. BARINHOLTZ, P.C.
55 West Monroe Street, Suite 3600
Chicago, IL 60603
Ph. (312) 977-0121

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record for Plaintiffs hereby certifies that he served a copy of the above and foregoing Notice of Voluntary Dismissal of Lawsuit, on the named opposing Party who was previously served with a copy of the complaint:

> SUNNY GAULT
> d/b/a NEW MOMMY MEDIA,
> 489 Camino Verde
> San Marcos, California 92078-8907

and which opposing party has not appeared in this action to date; this Notice is served via first class mail, at Chicago, Illinois, postage pre-paid, addressed to the opposing Party as stated above, this 7 day of July, 2016, with a courtesy copy via e-mail to follow.

By _____
Attorney